UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re ISRAEL VALLE

JUDGMENT
10-MC-0033 (DGT)

-----------------------------------------------------------------X

An Order of Honorable David G. Trager, United States District Judge, having been filed on February 1, 2010, denying plaintiff's motions for leave to file three civil actions; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith; it is

ORDERED and ADJUDGED that plaintiff's motions for leave to file three civil actions are denied; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Order would not be taken in good faith.

Dated: Brooklyn, New York
       February 02, 2010

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court