UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re ISRAEL VALLE

ORDER
Civil Action No.
MC-10-0033 (DGT)

-----------------------------------------------------------------X

TRAGER, United States District Judge:

By Order dated April 23, 2004, this Court enjoined Valle from filing any new civil action, seeking *in forma pauperis* status, without obtaining prior leave of court. See Valle v. State of New York, CV-04-665 (DGT). By order dated January 28, 2010, I denied Valle's request for leave to file two separate actions alleging that state court and district court judges were involved in a criminal enterprise. On February 9, 2010, Valle filed a notice of appeal and also moved for reconsideration of the Court's order along with an order to show cause for preliminary injunction and temporary restraining order.

Valle's motion for reconsideration is DENIED. There is no basis to alter the Court's order denying leave to file these frivolous submissions. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this order would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York
       February /9, 2010

SO ORDERED.

David G. Trager
United States District Judge